Filed 11/7/13  P. v. Hill CA6

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | F066688 |
| v. | (Super. Ct. No. CRF38799) |
| SCOTT ANTHONY HILL, | **OPINION** |
| Defendant and Appellant. | |

### THE COURT[*]

APPEAL from a judgment of the Superior Court of Tuolumne County.  Eric L. DuTemple, Judge.

Deborah Prucha, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

_____

[*]     Before Kane, Acting P.J., Poochigian, J., and Peña, J.

Appellant, Scott Anthony Hill, pled no contest to possession of a controlled substance in a jail facility (Pen. Code, § 4573.6)[1] and admitted allegations that he had a prior conviction within the meaning of the three strikes law (§ 667, subds. (b)-(i)). Following independent review of the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436, we affirm.

### FACTUAL AND PROCEDURAL HISTORY

On April 28, 2012, Officer Weiland was conducting a security check of dorm 62 at the Sierra Conservation Center when he saw Hill, an inmate at the center, throw a small object into his locker. After Hill complied with Weiland's command to step away, Weiland searched the locker and found a small bindle containing .08 grams of marijuana.

On September 5, 2012, the Tuolumne County District Attorney filed a complaint charging Hill with possession of an illegal substance in a jail facility and having a prior conviction within the meaning of the three strikes law. Following a preliminary hearing on the same date, the court deemed the complaint to be an information.

On December 5, 2012, pursuant to a negotiated plea, Hill pled guilty to the possession charge and admitted the three strikes allegation in exchange for a stipulated four-year prison term, the mitigated term of two years, doubled because of Hill's prior strike conviction.

On January 7, 2013, pursuant to his plea agreement, the court sentenced Hill to the stipulated term of four years.

Hill's appellate counsel has filed a brief which summarizes the facts, with citations to the record, raises no issues, and asks this court to independently review the record. (*People v. Wende*, *supra*, 25 Cal.3d 436.) Hill has not responded to this court's invitation to submit additional briefing.

---

[1]    All further statutory references are to the Penal Code.

2

Following an independent review of the record, we find that no reasonably arguable factual or legal issues exist.

## **DISPOSITION**

The judgment is affirmed.